

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

September 13, 2021

**VIA ECF**
Honorable Judge Sarah L. Cave
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

      Re: <u>Sanchez v. Motor Trend Group, LLC.</u>; *Case No: 1:21-cv-04225-PAE-SLC*

To the Honorable Judge Cave,

      I represent Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

      The initial conference for this matter is set for Tuesday, September 28, 2021, at 2:00 p.m. However, Plaintiff's Counsel will be observing the Holiday of Sukkot and our offices will be closed. As a result, Counsel for Plaintiff is requesting on consent an adjournment of the conference and proposes the dates November 1, 2021, November 2, 2021, November 8, 2021, and November 9, 2021, as alternatives.

      Thank you for your time and consideration of the above request.

Respectfully submitted,

*[S] Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

Plaintiff's letter-motion requesting to adjourn the upcoming initial conference (ECF No. 18) is GRANTED, and the initial conference is ADJOURNED to **Tuesday, November 9, 2021 at 11:00 am in Courtroom 18A, 500 Pearl Street, New York, New York**. The terms of the Order Scheduling Initial Case Management Conference (ECF No. 15) are incorporated by reference.

The Clerk of Court is respectfully directed to close ECF No. 18.

SO ORDERED 9/14/2021

_____
SARAH L. CAVE
United States Magistrate Judge