**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CRISTIAN SANCHEZ on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

MOTOR TREND GROUP, LLC,

    Defendant.

Case No: 1:21-cv-04225-PAE-SLC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 5, 2021

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal

*Attorneys for Plaintiff*

By: _____
Gary D. Friedman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
gary.friedman@weil.com

*Attorneys for Defendant*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
11/8/2021